**SO ORDERED.**

**Dated: January 04, 2010**



Alan M. Levinsky (SBN: 006702)
**BUCHALTER NEMER**
16435 North Scottsdale Road, Suite 440
Scottsdale, AZ 85254-1754
Telephone: (480) 383-1800
Facsimile: (480) 824-9400
Email: alevinsky@buchalter.com

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**
_____

Attorneys for Movant

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | **Chapter 7** |
| RYAN O'NEIL ROZYCKI and CATHERINE ANN MRAMOR-ROZYCKI, | **No. 2:09-bk-23719 RTB** |
| Debtor(s), | |
| NISSAN MOTOR ACCEPTANCE CORPORATION, | **ORDER FOR RELIEF FROM THE AUTOMATIC STAY** |
| Movant, | |
| vs. | |
| RYAN O'NEIL ROZYCKI and CATHERINE ANN MRAMOR-ROZYCKI, DALE D. ULRICH, Trustee, | |
| Respondent(s). | |

This matter coming before this Court pursuant to the Motion of Secured Creditor, NISSAN MOTOR ACCEPTANCE CORPORATION,, to lift the automatic stay with respect to the Estate's and to the Debtors' interest in the property described as a 2008 NISSAN SENTRA, VIN: 3N1AB61E38L683289, and the Court finding that relief should issue, hereby orders as follows:

N8815.0494 BN 4855269v1

1    IT IS ORDERED, ADJUDGED AND DECREED that the Automatic Stay provided by 11

2    U.S.C. § 362 and any injunction arising under 11 U.S.C. § 524 are lifted and vacated with respect

3    to both the Estate's and the Debtors' interest in the property described above.

4    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Movant can

5    immediately take possession of the property as described above without having to wait fourteen

6    days as otherwise required under Rule 7062 and/or Rule 4001.  However, sale or other disposition

7    of the property cannot take place until fourteen days after the date of this Order.

8    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order is binding in

9    the event that this matter is converted to another Chapter.

10   DATED this _____ day of _____, 2009.

11

12   _____
                             U.S. Bankruptcy Judge

13

14   Copy of the foregoing mailed this
15   _30th_ day of  November, 2009, to the following:

16   Ryan O'Neil Rozycki
     Catherine Ann Mramor-Rozycki
17   6413 W. Mitchell Dr.
     Phoenix, Arizona 85033
18   Debtors

19   Robert Beucler
     KEITH BARTON & ASSOCIATES PC
20   Two Renaissance Square
     40 N. Central Ave., Suite 1400
21   Phoenix, Arizona 85004
     Attorney for Debtors

22
     Dale D. Ulrich
23   PMB-615 1928 E. Highland, #F104
     Phoenix, Arizona 85016
24   Trustee

25    /s/ Cathy Bohnsack

26